UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF CONNECTICUT

FILED
2013 FEB 15 P 2: 29

LAZALE ASHBY # 300529
PLAINTIFF

3:13CV223 (SRU)

V

COMMISSIONER, LEO ARNONE. ET AL.

COMPLAINT WITH JURY DEMAND

I. INTRODUCTION

1. THIS IS A 1983 ACTION FILED BY PLAINTIFF LAZALE ASHBY, A STATE PRISONER, ALLEGING VIOLATIONS OF HIS U.S. CONSTITUTIONAL RIGHTS AND STATE CONSTITUTIONAL RIGHTS TO FREE EXERCISE OF RELIGION. THE PLAINTIFF ALSO SEEKS AN INJUCTION AND DAMAGES PURSUANT TO THE AMERICANS WITH DISABILITIES ACT AND THE REHABILITATION ACT. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(a)(3). PLAINTIFF SEEKS DECLATORY RELIEF PURSUANT TO

28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284, AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

## II. JURISDICTION.

2. UNITED STATES DISTRICT COURT, DISTRICT COURT OF CONNECTICUT UNDER 28 U.S.C. § 1391(B)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## III. PARTIES.

3. PLAINTIFF LAZALE ASHBY AT ALL TIMES RELEVANT WAS CONFINED BY THE CONNECTICUT DEPARTMENT OF CORRECTIONS AT NORTHERN CORRECTIONAL INSTITUTION.

4. PLAINTIFF DANIEL WEBB AT ALL TIMES RELEVANT WAS CONFINED BY THE CONNECTICUT DEPARTMENT OF CORRECTIONS AT NORTHERN CORRECTIONAL INSTITUTION.

5. DEFENDANT LEO ARNONE AT ALL TIMES RELEVANT WAS THE COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTMENT AND EACH INSTITUTION UNDER IT'S JURISDICTION, INCLUDING NORTHERN CORRECTIONAL INSTITUTION.

6. DEFENDANT JAMES DZURENDA AT ALL TIMES RELEVANT WAS THE

DEPUTY COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS.

7. DEFENDANT ANTHONY BRUNO AT ALL TIMES RELEVANT WAS THE CONNECTICUT DIRECTOR OF RELIGIOUS SERVICES.

8. DEFENDANT M. RINALDI AT ALL TIMES RELEVANT WAS THE DIRECTOR OF PROGRAMS AND TREATMENT FOR CONNECTICUT DEPARTMENT OF CORRECTIONS.

9. DEFENDANT EDUARDO MALDONADO AT ALL TIMES RELEVANT WAS THE WARDEN OF NORTHERN CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF NORTHERN CORRECTIONAL INSTITUTION AND FOR THE WELFARE OF ALL THE PRISONERS IN THAT INSTITUTION.

10. DEFENDANT DEPUTY WARDEN CYR AT ALL TIMES RELEVANT WAS THE DEPUTY WARDEN OF NORTHERN CORRECTIONAL INSTITUTION.

11. DEFENDANT DEPUTY WARDEN MULLIGAN AT ALL TIMES RELEVANT WAS THE DEPUTY WARDEN OF NORTHERN CORRECTIONAL INSTITUTION.

12. DEFENDANT W. LOUBIER AT ALL TIMES RELEVANT WAS THE COMMON FARE SERVICE SUPERVISOR AT NORTHERN CORRECTIONAL INSTITUTION.

13. DEFENDANT CHAPLAIN BERND AT ALL TIMES RELEVANT WAS THE INSTITUTIONAL RELIGIOUS FACILITATOR AT NORTHERN CORRECTIONAL

INSTITUTION.

14. DEFENDANT ANGEL QUIROS AT ALL TIMES RELEVANT WAS THE NORTH DISTRICT ADMINISTRATOR OF CONNECTICUTS PRISONS AND INSTITUTIONS.

15. EACH DEFENDANT IS SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## IV. EXHAUSTION OF REMEDIES.

16. PLAINTIFF EXHAUSTED HIS ADMINISTRATIVE REMEDIES BEFORE THE FILING OF THIS COMPLAINT.

## V. FACTUAL STATEMENT.

17. THE PLAINTIFF HAS WRITTEN NUMEROUS INMATE REQUESTS FORMS TO ANTHONY BRUNO, EDUARDO MALDONADO, W. LOUBIER, AND CHAPLAIN EERND CONCERNING THE PLAINTIFFS RELIGIOUS DIETARY REQUIREMENTS AND RELIGIOUS WARDROBE AND MATERIALS.

18. THE PLAINTIFF PATIENTLY WAITED FOR 15 DAYS IN BETWEEN EACH REQUEST THAT WAS SENT OUT FROM DECEMBER 27, 2011 THRU SEPTEMBER 25, 2012 (10 MONTHS) FOR A RESPONSE TO HIS MANY REQUESTS AND NO RESPONSE CAME.

19. THE PLAINTIFF THEN ATTEMPTED TO FILE A GRIEVANCE CONCERNING THE

REFUSAL OF THE DEPARTMENT OF CORRECTIONS STAFF AND ANTHONY BRUNO TO RESPOND TO MY REQUEST. (APRIL 26, 2012 FILED GRIEVANCE).

20. THE PLAINTIFF ALSO FILED ANOTHER GRIEVANCE CONCERNING ANTHONY BRUNO'S, EDUARDO MALDONADO'S, W. LOUBIER'S, AND CHAPLAIN BERND'S REFUSAL TO ANSWER MY REQUEST CONCERNING MY RIGHTS TO PRACTICE MY RELIGION. (JULY 2, 2012 FILED GRIEVANCE).

21. THE PLAINTIFF WAITED FOR A RESPONSE FOR BOTH GRIEVANCE'S AND NO RESPONSE EVER CAME.

22. THE PLAINTIFF THEN WROTE TO COMMISSIONER LEO ARNONE ON SEPTEMBER 13, 2012 CONCERNING THE FAILURE OF ANTHONY BRUNO, EDUARDO MALDONADO, W. LOUBIER, AND CHAPLAIN BERND TO RESPOND TO MY REQUESTS AND GRIEVANCES IN REGARDS TO MY RELIGIOUS DIETARY REQUIREMENT AND WARDROBE AND MATERIALS.

23. WHILE THE PLAINTIFF AWAITED A RESPONSE FROM THE COMMISSIONER, HE WROTE TO ANTHONY BRUNO AGAIN ON SEPTEMBER 25, 2012 TO ATTEMPT TO INFORM HIM OF MY RELIGION AND ALL OF THE NECCESARY REQUIREMENTS. (SEE EXHIBIT A.).

24. ON OCTOBER 2, 2012 THE PLAINTIFF RECIEVED A TYPED RESPONSE (SEE EXHIBIT B) FROM JAMES DZURENDA ADDRESSING THE PLAINTIFFS REQUEST TO COMMISSIONER LEO ARNONE, IN WHICH JAMES DZURENDA TELLS THE PLAINTIFF TO CONTINUE TO FILE REQUESTS AND GRIEVANCES.

5

25. ON OCTOBER 22, 2012 THE PLAINTIFF RECIEVED A RESPONSE FROM ANTHONY BRUNO (SEE EXHIBIT C), IN RESPONSE TO THE NUMEROUS REQUESTS THAT THE PLAINTIFF HAS BEEN FILING FOR MONTHS. IN THIS RESPONSE THE PLAINTIFF WAS GIVEN A CHOICE OF A REGULAR DIET OR COMMON FARE DIET.

26. THE PLAINTIFF THEN FILED A GRIEVANCE CONCERNING THE DENIAL BY ANTHONY BRUNO OF THE PLAINTIFFS RELIGIOUS REQUIREMENTS. (SEE EXHIBIT D).

27. ON OCTOBER 28, 2012 THE PLAINTIFF USED A INMATE REQUEST FORM TO INFORM WARDEN MALDONADO OF THE EXISTING ISSUES THAT THE PLAINTIFF IS GOING THROUGH. (SEE EXHIBIT E).

28. ON OCTOBER 28, 2012 THE PLAINTIFF WROTE CHAPLAIN BERND IN REGARDS TO THE NUMEROUS REQUESTS THE PLAINTIFF HAS SENT TO CHAPLAIN BERND FOR A CHANGE OF RELIGION. THE PLAINTIFF NEVER RECIEVED ANY RESPONSE.

29. ON OCTOBER 31, 2012 CHAPLAIN BERND TOURED UNIT 1 EAST AND CAME TO CELL 224 (PLAINTIFF'S CELL) AND THE PLAINTIFF GAVE CHAPLAIN BERND A CHANGE OF RELIGION FORM. (SEE EXHIBIT F).

30. ON NOVEMBER 1, 2012 THE PLAINTIFF RECIEVED A RESPONSE FROM WARDEN MALDONADO IN RESPONSE TO THE PLAINTIFFS REQUEST THAT WAS SENT ON OCTOBER 28, 2012 (SEE EXHIBIT E).

31. ON NOVEMBER 2, 2012 THE PLAINTIFF MAILED A LETTER TO M. RINALDI EXPLAINING ALL THE ISSUES THE PLAINTIFF IS GOING THROUGH CONCERNING HIS RELIGIOUS REQUIREMENTS. THE PLAINTIFF RECIEVED NO RESPONSE.

32. ON NOVEMBER 3, 2012 THE PLAINTIFF WROTE TO W. LOUBIER TO FURTHER SEEK APPROVAL OF A DIET THAT IS IN ACCORDANCE WITH THE PLAINTIFFS RELIGIOUS DIET. THE PLAINTIFF ALSO SENT A MENU PROPOSAL (SEE EXHIBIT G AND H).

33. ON NOVEMBER 3, 2012 THE PLAINTIFF WROTE TO JAMES DZURENDA EXPLAINING THE DENIAL OF HIS RELIGIOUS FREEDOM. THE PLAINTIFF ALSO ATTACHED ANY RESPONSES AND CORRESPONDANCES THAT THE PLAINTIFF HAD.

34. ON NOVEMBER 4, 2012 PLAINTIFF WROTE TO MENTAL HEALTH EXPLAINING HIS ISSUES AND THE TOLL IT IS TAKING ON HIM. (SEE EXHIBIT I)

35. ON NOVEMBER 4, 2012 PLAINTIFF WROTE DON CYR ABOUT

THE DENIAL OF HIS RELIGIOUS PRACTICES.

36. ON NOVEMBER 4, 2012 THE PLAINTIFF WROTE TO DEPUTY WARDEN MULLIGAN EXPLAINING HIS ISSUE AND BEGGING FOR HELP. (SEE EXHIBIT J).

37. ON NOVEMBER 7, 2012 THE PLAINTIFF RECIEVED A LETTER FROM ANTHONY BRUNO IN WHICH HE ACKNOWLEDGES HE HAS MY REQUEST AND WILL RESPOND (SEE EXHIBIT K).

38. ON NOVEMBER 9, 2012 THE PLAINTIFF RECIEVED A LETTER FROM ANTHONY BRUNO IN WHICH HE ADMITS TO RECIEVING MY REQUESTS FROM DECEMBER 27, 2011 AND THE MONTHS THAT FOLLOW, BUT HE GOT THEM 10 MONTHS LATER. (SEE EXHIBIT L)

39. ON NOVEMBER 10, 2012 THE PLAINTIFF WROTE TO THE KITCHEN SUPERVISORS AND ASKED THEM NOT TO SEND ANYMORE RESTRICTED FOOD PRODUCTS TO THE PLAINTIFF. (SEE EXHIBIT M).

40. ON NOVEMBER 13, 2012 THE PLAINTIFF RECIEVED A RESPONSE FROM DON CYR IN REGARDS TO THE REQUEST SENT TO DON CYR BY THE PLAINTIFF ON NOVEMBER 4, 2012. (SEE EXHIBIT N).

41. ON NOVEMBER 13, 2012 THE PLAINTIFF SENT A REQUEST TO JAMES DZURENDA CONCERNING THE DENIAL OF HIS

RELIGIOUS PRACTICES AND ASKING FOR HELP.

42. ON NOVEMBER 14, 2012 THE PLAINTIFF RECIEVED A RESPONSE FROM THE KITCHEN SUPERVISOR IN REGARDS TO THE REQUEST SENT BY THE PLAINTIFF ON NOVEMBER 10, 2012. (SEE EXHIBIT M).

43. ON NOVEMBER 15, 2012 THE PLAINTIFF MET WITH MENTAL HEALTH (DEBBIE WARD) AND DISCUSSED THE ISSUES HE IS HAVING WITH THE DENIAL OF HIS RELIGIOUS PRACTICE AND THE TOLL IT IS HAVING ON HIM. (SEE EXHIBIT I).

44. ON NOVEMBER 27, 2012 PLAINTIFF RECIEVED A CHANGE OF RELIGION FORM FROM CHAPLAIN BERND (SEE EXHIBIT F).

45. ON NOVEMBER 28, 2012 THE PLAINTIFF RECIEVED A RESPONSE FROM HIS LEVEL ONE GRIEVANCE (SEE EXHIBIT D) DENYING BELIEF.

46. ON NOVEMBER 28, 2012 THE PLAINTIFF FILED A LEVEL TWO GRIEVANCE APPEALING THE DECISION OF THE LEVEL ONE GRIEVANCE. (SEE EXHIBIT O).

47. ON DECEMBER 3, 2012 THE PLAINTIFF RECIEVED A RESPONSE FROM JAMES DZUPENDA IN REGARDS TO THE NOVEMBER 13, 2012 REQUEST THE PLAINTIFF SENT TO HIM. (SEE EXHIBIT P).

48. ON DECEMBER 20, 2012 THE PLAINTIFF RECIEVED A RESPONSE

FROM HIS LEVEL TWO GRIEVANCE DENYING RELIEF AND INFORMING THE PLAINTIFF THAT HE EXHAUSTED ALL REMEDIES. (SEE EXHIBIT O).

49. ON JANUARY 7, 2013 THE PLAINTIFF SENT A REQUEST TO W. LOUBIER ASKING HER TO HELP HIM RECEIVE A DIET THAT MEETS HIS RELIGIOUS REQUIREMENT.

50. ON JANUARY 11, 2013 THE PLAINTIFF SPOKE WITH W. LOUBIER AND SHE SAID SHE FORWARDED THE PLAINTIFFS REQUEST TO ANTHONY BRUNO.

51. THE PLAINTIFF THEN TOLD HER THAT HE WAS NOT GOING TO ACCEPT ANY MEALS THAT HAD FOOD PRODUCTS WHICH ARE FORBIDDEN TO EAT BY THE PLAINTIFF.

52. W. LOUBIER THEN TOLD THE PLAINTIFF THAT SHE WOULD INFORM MEDICAL AND ALL OTHER APPROPIATE AUTHORITIES THAT THE PLAINTIFF WAS REFUSING TO EAT FOR RELIGIOUS REASONS.

53. ON JANUARY 15, 2013 THE PLAINTIFF BEGAN TO REFUSE ANY MEALS PROVIDED BY N.C.I. THAT HAD THE FOODS RESTRICTED FOR THE PLAINTIFF TO EAT. (SEE EXHIBIT Q)

## CLAIMS FOR RELIEF

54. THE PLAINTIFF REALLEGES AND INCORPORATES BY

REFERENCE PARAGRAPH 1-53.

55. DEFENDANTS ANTHONY BRUNO, MALDONADO, MULLIGAN, CYR, DZURENDA, RINALDI, BERND, AND QUIROS VIOLATED THE PLAINTIFFS CONSTITUTIONAL RIGHTS TO FREE EXERCISE OF RELIGION UNDER U.S.C. AMEND 1 AND THE CONNECTICUT CONSTITUTION ARTICLE 7.

56. DEFENDANTS ANTHONY BRUNO, MALDONADO, MULLIGAN, CYR, DZURENDA, RINALDI, BERND, DEBBIE WARD, ARNONE, AND QUIROS VIOLATED THE PLAINTIFFS CONSTITUTIONAL RIGHT TO NOT HAVE CRUEL AND UNUSUAL PUNISHMENT INFLICTED ON HIM UNDER U.S.C. AMEND 8.

57. DEFENDANTS ANTHONY BRUNO, MALDONADO, MULLIGAN, ARNONE, CYR, DZURENDA, RINALDI, AND QUIROS VIOLATED THE PLAINTIFFS RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF LAWS UNDER THE U.S.C. AMEND 14.

58. DEFENDANTS ANTHONY BRUNO, MALDONADO, MULLIGAN, CYR, ARNONE, DZURENDA, RINALDI, AND QUIROS VIOLATED THE PLAINTIFFS DUE PROCESS AND EQUAL PROTECTION OF LAWS UNDER U.S.C. AMEND 14 BY VIOLATIONG C.G.S. SEC. 52-571b (A),(B).

59. ALL DEFENDANTS HAVE VIOLATED THE PLAINTIFFS RIGHTS UNDER THE ADA AND REHABILITATION ACT, AND THE RFRA AND THE RLUIPA.

11

60. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. THE PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED MENTALY, SPIRITUALY AND PHYSICALY BY THE CONDUCTS OF THE DEFENDANTS. UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF SEEKED BY THE PLAINTIFF.

## REQUEST FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULY REQUEST THAT THIS COURT ENTER JUDGEMENT GRANTING THE PLAINTIFF :

61. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFFS RIGHTS UNDER THE U.S.C. AND U.S. LAWS, AND THE CONSTITUTION AND LAWS OF THE STATE OF CONNECTICUT.

62. A PERMANENT INJUNCTION ORDERING DEFENDANTS ANTHONY BRUNO, WARDEN MALDONADO, MULLIGAN, CYR, ARNONE, DZURENDA, RINALDI, AND QUIROS TO PROVIDE THE PLAINTIFF WITH A DIET ACCORDING TO HIS RELIGION.

63. A PERMANENT INJUNCTION ORDERING DEFENDANTS ANTHONY BRUNO, WARDEN MALDONADO, MULLIGAN, CYR, ARNONE, DZURENDA, RINALDI, AND QUIROS TO ALLOW THE PLAINTIFF TO HAVE THE NECCESARY RELIGIOUS WARDROBE.

64. COMPENSATORY DAMAGES IN THE AMOUNT OF 20,000 DOLLARS AGAINST ANTHONY BRUNO.

65. COMPENSATORY DAMAGES IN THE AMOUNT OF 10,000 DOLLARS EACH AGAINST MALDONADO, CYR, MULLIGAN, DZURENDA, AND RINALDI.

66. COMPENSATORY DAMAGES IN THE AMOUNT OF 25,000 DOLLARS AGAINST QUIROS. AND ARNONE.

67. COMPENSATORY DAMAGES IN THE AMOUNT OF 1,500 DOLLARS EACH AGAINST BERND AND DEBBIE WARD.

68. PUNITIVE DAMAGES IN THE AMOUNT OF 5,000 DOLLARS EACH AGAINST ANTHONY BRUNO, MALDONADO, CYR, MULLIGAN, RINALDI, DZURENDA, QUIROS, AND ARNONE.

69. PUNITIVE DAMAGES IN THE AMOUNT OF 1,500 DOLLARS EACH AGAINST BERND AND DEBBIE WARD.

70. A JURY TRIAL ON ALL ISSUE TRIABLE BY JURY.

71. PLAINTIFFS COST IN THIS SUIT.

72. ANY OTHER RELIEF THAT THE COURT DEEMS JUST, PROPER, AND EQUITABLE IN FAVOR OF THE PLAINTIFF.

DATED_____

RESPECTFULLY SUBMITTED

LAZALE D. ASHBY
#300529

NORTHERN CORRECTIONAL INSTITUTION
P.O. BOX 665
SOMERS, CT 06071

# VERIFICATION

I DECLARE UNDER THE PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT NORTHERN CORRECTIONAL
INSTITUTION, 287 BILTON RD, P.O. BOX 665,
SOMERS, CT 06071 ON THIS _____
OF _____   _____.

14



EX. A

## Inmate Request Form
### Connecticut Department of Correction

CN 960
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: NCI

Housing unit: EAST 224

Date: 9/25/12

Submitted to: RELIGIOUS COORDINATOR, FATHER BRUNO

Request: DUE TO MY RELIGION (UNIVERSALISM) I CAN NO LONGER CONSUME THE FOLLOWING: MEATS THAT ARE "UNIFIED" MEANING KILLED IN THE NAME OF MY GOD, I CAN NOT EAT CORN KERNAL, SOLANUM TUBEROSUM (POTATO), OR GLYCINE MAX (SOYBEAN). I HAVE WRITTEN TO THE KITCHEN AND RECIEVED NO RESPONSE BUT I WAS TOLD THROUGH VERBAL COMMUNICATION THAT YOU FATHER BRUNO OR THE WARDEN HAVE THE POWER TO AUTHORIZE RELIGIOUS DIETS, I WAS ALSO TOLD THAT THE DIET I REQUIRE WOULD NOT CAUSE THE KITCHEN STAFF ANY EXTRA BURDEN (WORK) NOR ANY EXTRA MONEY. I'M ASKING FOR EQUAL TREATMENT OF RELIGION. THANK YOU FATHER BRUNO

*continue on back if necessary*

Previous action taken:

OCT 0 2 2012

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response: Forwarded to Religious Coordinator

10/3/12

*continue on back if necessary*

Staff signature:

Date:

CC. COMMISSIONER LEO ARNONE
CC. ATTORNEY JUDY BORMAN

RELIGIOUS SERVICES
    FATHER BRUNO

RELIGIOUS SERVICES
    FATHER BRUNO





# STATE OF CONNECTICUT
## Department of Correction
## Operations Division
### 24 Wolcott Hill Road
### Wethersfield, CT 06109

James E. Dzurenda
Deputy Commissioner

September 26, 2012

Lazale Ashby #300529
Northern Correctional Institution
287 Bilton Road, POB 665
Somers, Connecticut 06071

Mr. Ashby:

This letter acknowledges receipt of your multiple correspondences to Commissioner Arnone dated September 13, 2012, concerning conditions of confinement, allegations of racial discrimination, staff conduct and the restraint policy at the Northern Correctional Institution.

You have not provided evidence that you have exhausted the facility chain of command to include the District Administrators Office to address and resolve your issues.

If you are believe that your issues may not be resolved by exhausting the facility chain of command. You may pursue your concerns through the formal process as described below:
    **Inmate Grievance Procedure. The Inmate Grievance Procedure shall be the administrative remedy for any issue relating to policy and procedure, and compliance with established provisions.**

    A.    **Informal Resolution. An inmate must attempt to seek informal resolution prior to filing an inmate grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. If the verbal option does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form. The inmate must clearly state the problem and the action requested to remedy the issue. The request must be free of obscene or vulgar language or content. The completed CN 9601, Inmate Request Form shall then be addressed to the appropriate staff member and deposited in the appropriate collection box. The Unit Administrator shall ensure that inmate request forms are collected and delivered in a timely manner. Inmate request forms shall be available in all housing units. A response to the inmate shall be made within 15 business days from receipt of the written request. The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grievable subjects.**

    B.    **Grievable Matters. All matters subject to the Commissioner's authority for which another remedy is not provided are grievable. Refer to Section 4 of this Directive for a list of administrative remedies other than the Inmate Grievance Procedure.**

Your cooperation in handling this matter in accordance with the chain of command is greatly appreciated. If you have any other questions or concerns please utilize the chain of command.

Thank you for your cooperation.

Sincerely,

James E. Dzurenda
Deputy Commissioner

JED/das

C:    A. Quiros, North District Administrator
       E. Maldonado, Warden
       File

R-43541

EXHIBIT C



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

October 17, 2012

Inmate Lazale Ashby # 300529
Northern C. I.
287 Bilton Road
P. O. Box 665
Somers, CT 06071

Dear Mr. Lazale:

You have sent several requests to a number of individuals, which have been forwarded to me for review and response (Attached). In these requests, you wrote about diet, fast/feast days and holy garments.

Regarding your menu requests:
- The DOC offers inmates a choice between a Master Menu and a Common Fare Menu. The Common Fare Menu is a meatless menu that meets all nutritional requirements as determined by a DOC licensed dietician, without the presence of food items forbidden by religious dogma (A. D. 10.8, paragraph 3D). You may select either one.
- Regarding your request (9/14/12) to participate in the Islamic Eid meal, please contact Chaplain Bernd. Your religious designation form indicates that you are Islamic ((5/24/05)

Regarding feast or fast days:
- Any inmate can privately and individually observe any religious observance that is meaningful to him. An inmate can fast as he determines appropriate. He will receive his next meal in accordance with the standardized institutional meal schedule. In other words, if the fast is 12 or 24 hours, the inmate will eat his next regularly scheduled meal, in accordance with the standard institutional schedule. It is the responsibility of the inmate to maintain his own self-discipline and routine for his individual religious fast.

Regarding "holy garments":
- We can find no information regarding the use of any particular "holy garments" for "universalism".

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

Attachments: 5

Copy:        M. Rinaldi, Director of Programs and Treatment
             Warden Maldonado, Northern C. I.
             Deputy Warden Cyr, Northern C. I.
             Chaplain Bernd, Institutional Religious Facilitator, Northern C. I.
             W. Loubier, CFSS3, Northern C. I.

# Administrative Remedy Receipt
## Connecticut Department of Correction

CN 9603
REV 1/1/08

N 9602
/16/12

| Facility number: | 14 | Receipt number: | 5719 |
|---|---|---|---|

| Inmate name: | Ashby, Lazala | Inmate number: | 300529 |
|---|---|---|---|

The Admin Remedies Coordinator has received your: ☒ Grievance ☐ Appeal ☐ Property Investigation
and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| Administrative Remedies Coordinator: | CC PBL | Date: | 10/30/12 |
|---|---|---|---|

*istrative*

Distribution: original (white) to inmate, copy (yellow) to file

|   |   |   |
|---|---|---|
|   | Prior to filing a grievance, you must attempt informal resolution.  Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached.  Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. | >   Refer to Section 2 below |

B. ☐ I am requesting a Health Services Review: ☐ Diagnosis/Treatment >
☐ All Other Health Care Issues >   Complete Section 4   >>>>

C. ☐ I am filing an Appeal of a (select one below):
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action >   Complete Section 3 below

☐ Special Management Decision   ☐ Classification Decision
☐ Media Review Committee Decision   ☐ Furlough Decision   >
☐ Security Risk Group Designation   ☐ ADA Decision   >   Complete Section 4   >>>>
☐ Determination of Grievance Process Abuse   ☐ Rejection of Outside Tapes/CDs
☐ Rejection of Correspondence   >

| SECTION 2 | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| SECTION 3 | DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY |
|---|---|

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing.  If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: | |
|---|---|---|---|

| Facility where hearing was conducted: | | Date of hearing: | |
|---|---|---|---|

| Did you have an advocate? | ☐ yes   ☐ no | If yes, name of advocate: | |
|---|---|---|---|

| Did you identify witness(es) to the investigator? | ☐ yes   ☐ no | Did your witness(es) testify? | ☐ yes   ☐ no |
|---|---|---|---|

Name(s) of any witness(es):

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: LAZALE ASHBY

Inmate number: 300529   Housing: 1 EAST

| SECTION 4 | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

I HAVE WRITTEN SEVERAL REQUESTS TO THE KITCHEN, WARDEN MALDONADO, AND RELIGIOUS SERVICES CONCERNING MY RELIGIOUS DIET REQUIREMENTS, MY RELIGIOUS WARDROBE, AND RELIGIOUS ACCESSORIES. THE REQUESTS WERE FORWARDED TO THE DIRECTOR OF RELIGIOUS SERVICES, WHO WITH NO PROPER REASON THAT IS IN ACCORDANCE WITH GENERAL STATUE 52-571B, UNITED STATES CONSTITUTION AMENDMENT ONE, DIRECTIVES (D.O.C.), 10.8 SEC 5(C)(D)(F), DIRECTIVE 10.8 SEC 4(A)(B), DIRECTIVE 10.8 SEC 11, DIRECTIVE 10.8 SEC 12, DIRECTIVE 10.8 SEC 14, DIRECTIVE 10.8 SEC 18, AND GENERAL STATUE 18-81. BY DENYING MY RELIGIOUS REQUIREMENTS THE D.O.C. HAS NOT GIVEN ME ANY REASONABLE OPTION TO ADEQUATELY PRACTICE MY RELIGION. THE D.O.C. IS PRESSURING ME TO SIGNIFICANTLY MODIFY MY RELIGIOUS REQUIREMENT. BY DENYING MY DIETARY REQUIREMENTS I AM BEING FORCED TO CHOOSE BETWEEN THE D.O.C. OPTIONS OF FOLLOWING MY RELIGION WITHOUT FOLLOWING MY RELIGIOUS REQUIREMENTS WHICH IS A SIN OR ACCEPTING THE D.O.C. INTERPRETATION OF HOW I SHOULD PRACTICE MY RELIGION WHICH IS ALSO A SIN. THIS IS COERCION ON BEHALF OF THE D.O.C. AND MOST IMPORTANTLY FATHER BRUNO (DIRECTOR OF RELIGIOUS SERVICES) TO PREVENT ME FROM PRACTICING THE RELIGION OF UNIVERSALISM, FROM HAVING A DIET RESTRICTED OF POTATO, SOY, CABBAGE, AND CORN KERNAL, AND FROM HAVING RELIGIOUS WARDROBE/ACCESSORIES. MY RELIGION POSES NO THREAT TO THE SAFETY AND SECURITY OF THE D.O.C. OR ANY OTHER GOVERNMENT DEPARTMENT. I AM ASKING FOR EQUAL TREATMENT AND TO BE TREATED AS THE OTHER RELIGIONS IN D.O.C. IN REGARDS TO RELIGIOUS DIETS, AND RELIGIOUS WARDROBE/ ACCESSORIES. THIS DENIAL HAS NO MERIT AND VIOLATES MY EQUAL PROTECTION AND DUE PROCESS UNDER THE EIGTH AND FOURTEENTH AMENDMENT.

Inmate signature: Lazale Ashby     Date: 10/26/12

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

| SECTION 5 | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

Date Received: 10/30/12    IGP #: 141-13-170    T#:

Disposition: Denied    Date of Disposition: 11/27/12

Reason:

Your grievance is denied. Your issues have already been addressed as stated in your return letter from Rev. Bruno dated October 17, 2012. Inmates are given a choice between a Master Menu and a Common Fare Menu, you are encouraged to choose which best fits your religion.

☐ You have exhausted DOC's Administrative Remedies.    ☒ This matter may be appealed to: Level 2

Signature:     Date: 11/27/12

EXHIBIT E



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: N.C.I.

Housing unit: 1EAST 224

Date: 10/28/12

Submitted to: FATHER BRUNO / ~~DEPUTY WARDEN MALDONADO~~ WARDEN MALDONADO

Request: THIS IS IN REGARDS TO MY FREEDOM TO EXERCISE RELIGION, AND THE SUBSTANTIAL BURDENS THE NORTHERN CORRECTIONAL INSTITUTION HAS PUT ME THROUGH BECAUSE OF MY RELIGIOUS EXERCISE. I HAVE BEEN WRITING NUMEROUS REQUESTS SINCE DECEMBER 27TH 2011, JANUARY 11TH 2012, JANUARY 31ST 2012, FEBRUARY 24TH 2012, APRIL 3RD 2012, APRIL 26TH 2012, MAY 12TH 2012, JUNE 3RD 2012, JULY 2ND 2012, AUGUST 18TH 2012, SEPTEMBER 25 2012, THIS HAS BEEN AN ONGOING PROBLEM FOR 10 MONTHS. I WRITE AND RECEIVE NO RESPONSE TO MY REQUESTS. IN EACH REQUEST I EXPLAIN WHAT MY RELIGION IS (UNIVERSALISM) WHAT FOOD I CANNOT EAT (CORN KERNAL, CABBAGE, SOY AND POTATO), WHAT WARDROBE/MATERIALS IS NEEDED TO PRACTICE MY RELIGION. I EVEN WRITE OUT A COVER LETTER, AMEND, AND A BASIC OUTLINE FOR MY RELIGIOUS REQUIREMENTS (WHICH I WILL INCLUDE IN THIS REQUEST). I BELIEVE THAT MY ↘

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

Your request has been Forwarded to Director of Religious Services Father Bruno for review and response.

10.30.12

Cc: Father Bruno
File

*continue on back if necessary*

Staff signature:

Date:

RELIGIOUS REQUEST DO NOT DEVIATE FROM ANY DIRECTIVE, LAW OR POLICY. FURTHERMORE I AM ASKING TO BE TREATED FAIR AND EQUALLY IN REGARDS TO THE OTHER RELIGIONS AND THEIR DIETS, WARDROBES, AND OTHER RELIGIOUS REQUIREMENTS. MY RELIGIOUS REQUIREMENTS DO NOT CAUSE ANY EXTRA BURDEN ON ANYONE EMPLOYED BY THE D.O.C. OR ANYONE WHO IS NOT EMPLOY BY THE D.O.C. BUT HAS ANY DIRECT OR INDIRECT BUSINESS WITH THE D.O.C. THE D.O.C. IS CURRENTLY PRESSURING ME TO SIGNIFICANTLY MODIFY MY RELIGIOUS BEHAVIOR AND SIGNIF ICANTLY VIOLATE MY RELIGIOUS BELIEFS BY INTENTIONALY IGNORING MY REQUESTS AND FORCING ME TO UNDERGO DAILY HARDSHIP BECAUSE OF THE LACK OF THE PROPER AND REQUIRED RELIGIOUS DIET, AND RELIGIOUS WARDROBE/MATERIALS NECESSARY FOR ME TO PROPERLY WORSHIP MY GOD AND ABIDE BY THE INFINITE WISDOM, DIVINE LAWS, AND SPIRITUAL ENLIGHTENMENT GIVEN BY MY GOD. THE D.O.C. IS CURRENTLY FORCING ME TO CHOOSE BETWEEN THEIR NON-BENEFICIAL REMEDY WHICH VIOLATES MY RELIGIOUS BELIEFS OR FOLLOW MY RELIGIOUS BELIEFS WITHOUT THE REQUIRED RELIGIOUS DIET, WARDROBE/MATERIALS WHICH ALSO VIOLATES MY RELIGIOUS BELIEFS, THIS AMOUNTS TO PRESSURE OR COERCION ON BEHALF OF THE D.O.C. IN CLOSING I AM RESPECTFULLY ASKING FOR SEVER DUE APPROVAL OF MY RELIGIOUS REQUIREMENTS, AND IF NOT I AM RESPECTFULLY ASKING FOR A SEVERLY DUE ACCURATE NON-WANTON MALICIOUS WRITTEN REASON WHY EACH RELIGIOUS REQUIREM ASKED FOR IS BEING DENIED. THANK YOU.

                    RESPECTFULLY SUBMITTED,
                    LAZALE D. ASHBY

CC. JUDY BORMAN.
CC. CYNTHIA AYERS.
CC. ACLU.
(REQUEST RESPONSE AND COPY OF ~~PRISONER~~ PRISONERS REQUEST)


                              EXHIBIT E







EX.F



EX.F

# Request for Designation of Religion
## Connecticut Department of Correction

CN 100801
REV 6/11/12

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility: N.C.I.

Housing unit: ~~IW - 124~~ ~~1EAST 224~~

Date of request: 10/30/12

In accordance with Administrative Directive 10.8, Religious Services, an inmate may participate in collective religious activity with only one religion at a time. *An inmate may designate a change of religion no less than 90 consecutive calendar days from the date that his/her current religious designation became effective, regardless of where the inmate is incarcerated.* An inmate may not participate in collective religious activities with the newly requested religion until he/she has received a signed confirmation notice (attached below) from the Institutional Religious Facilitator or designee.

1.    I, LAZALE ASHBY _____ choose the following religion for collective religious activity.

### Circle one religion only

Catholic (Christian)          Protestant (Christian)          Islamic

Jewish                    Native American              Jehovah's Witness

- OR -

2.    I choose the following religion, understanding that there is no collective religious activity for this faith group: UNIVERSAL TRM
(specify)

**Note: Staff signature below is for Administrative Purposes only and is not a DOC recognition or approval of any group/ body/organization named here as a "religion."**

- OR -

3.    I do not wish to choose any religion at this time ☐
**Note: Not selecting a religion is a choice. A selection of no choice shall also be in effect for not less than 90 consecutive calendar days.**

Is this request a change of religion?  YES ☑  NO ☐

If "yes," what is your present religion? ISLAM _____
(specify)

### DO NOT WRITE BELOW THIS LINE — FOR OFFICE USE ONLY

### CONFIRMATION NOTICE FOR CHOICE OF RELIGION

Has it been 90 or more consecutive calendar days since the last request?   YES ☑  NO ☐

Is this request authorized?   YES ☑  NO ☐

If not authorized, explain why:

*Designation forms of newly admitted inmates become effective upon approval of this form by the Institutional Religious Facilitator or designee. A request to change may not be made unless a minimum of 90 consecutive calendar days have elapsed since the inmate's current designation became effective. If fewer than 90 consecutive calendar days have elapsed since the inmate's current designation became effective, the Institutional Religious Facilitator or designee shall return the form to the inmate advising the inmate to resubmit once the 90-day requirement has been fulfilled. All **changes** shall take effect on the last Monday of the month ONLY following the inmate's written request.*

### Institutional Religious Facilitator/Designee Acknowledgement

Staff Signature: Deacon Berry

Effective date: 11/26/12

cc:    inmate, inmate master file, institutional religious facilitator



EX. G



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: N.C.I

Housing unit: 1WEST 124

Date: 11/3/2012

Submitted to: W. LOUBIER, CFSS3

Request: I AM WRITING IN REGARDS TO MY REQUIRED RELIGIOUS DIET. I WAS TOLD THAT THE COMMON FARE DIET IS ADEQUATE TO MEET ALL RELIGIOUS DIETARY NEEDS BY: ANTHONY J. BRUNO, AND HE ALSO TOLD ME THAT ACCORDING TO D.O.C. ADMINISTRATIVE DIRECTIVES 10.8 SECTION 3(D), AND 10.18 SECTION 3(A), SECTION 6(C), THAT THE COMMON FARE DIET MEETS ALL "RECOGNIZED" RELIGIOUS DIETARY REQUIREMENTS. MY QUESTION TO YOU IS IF YOU ARE JUST BEING INFORMED OF MY RELIGIOUS DIETARY REQUIREMENTS WHICH ARE NO POTATO, SOYBEAN, CABBAGE, OR CORN KERNAL HOW CAN THE COMMON FARE DIET MEET MY RELIGIOUS DIETARY REQUIREMENTS? AND HOW DOES THE ATTACHED MENU BURDEN THE KITCHEN STAFF?

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

The commonfare menu meets the religious needs. Any questions should be addressed to the religious dept.

*continue on back if necessary*

UNITARIAN... DIGGINS DIET MENU PROPOSAL

| DAYS | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| SUNDAY | ORANGE JUICE (4OZ)<br>OATMEAL (12OZ)<br>BREAKFAST PASTRY (1/4S)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | RICE (1 CUP)<br>GREEN BEANS (1/2 CUP)<br>GRILLED CHEESE (2 EA)<br>WHITE MILK 1% (8OZ)<br>GRAVY (3OZ) | PASTA SHELLS (1 CUP)<br>MIXED VEGETABLES (1/2 CUP)<br>TUNA (3OZ) MAYONAISE (1OZ)<br>WHITE BREAD (2 EA)<br>COOKIES (2 EA)<br>BEVERAGE (8OZ) |
| MONDAY | ORANGE JUICE (4OZ)<br>FRENCH TOAST (3 EA.)<br>SYRUP (3OZ)<br>BRAN FLAKES (1 PKG)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | RICE (1 CUP)<br>CARROTS (1/2 CUP)<br>FISH (3OZ), TARTER SAUCE (1OZ)<br>WHITE BREAD (2 EA)<br>WHITE MILK 1% (8OZ) | FISH (3OZ), TARTAR SAUCE (1OZ)<br>MACARONI AND CHEESE (8OZ)<br>COLLARD GREENS (1/2 CUP)<br>WHITE BREAD (2 EA)<br>FRESH FRUIT (1 EA)<br>BEVERAGE (8OZ) |
| TUESDAY | ORANGE JUICE (4OZ)<br>WHEAT CEREAL (12OZ)<br>BREAKFAST PASTRY (1/4S)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (1TSP) 4 PACKETS | GRILLED CHEESE (2 EA)<br>VEGETARIAN BEANS<br>WHITE MILK 1% (8OZ) | RICE (1 CUP)<br>PEAS AND CARROTS (1/2 CUP)<br>WHITE BREAD (2 EACH)<br>COOKIES (2 EA)<br>BEVERAGE (8OZ) |
| WEDNSDAY | ORANGE JUICE (4OZ)<br>BOILED EGGS (2 EA)<br>GRITS (12OZ)<br>WHITE BREAD (2 EA)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | BOILED EGGS (2 EA)<br>CHEESE (2 SLICES)<br>MAYONAISE (1OZ)<br>PASTA SALAD (1 CUP)<br>WHITE BREAD (2 EA)<br>WHITE MILK 1% (8OZ) | GRILLED CHEESE (2 EA)<br>RICE (1 CUP)<br>CARROTS (1/2 CUP)<br>PUDDING (1/2 CUP)<br>BEVERAGE (8OZ) |
| THURSDAY | ORANGE JUICE (4OZ)<br>OATMEAL (12OZ)<br>BREAKFAST PASTRY (1/4S)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | FISH (3OZ), TARTAR SAUCE (1OZ)<br>RICE (1 CUP), OR PASTA (1 CUP)<br>ZUCCHINI AND TOMATOES (1/2 CUP)<br>WHEAT BREAD (2 EA)<br>WHITE MILK 1% (8OZ) | EGG NOODLES (1 CUP)<br>GRAVY (3OZ)<br>GREEN PEAS (1/2 CUP)<br>WHITE BREAD (2 SLICES)<br>FRESH FRUIT (1 EA)<br>BEVERAGE (8OZ) |
| FRIDAY | ORANGE JUICE (4OZ)<br>WHEAT CEREAL (12OZ)<br>BREAKFAST PASTRY (1/4S)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | BOILED EGGS (2 EA)<br>CHEESE (2 SLICES)<br>POTATO CHIPS (1 BAG)<br>3 BEAN SALAD (1/2 CUP)<br>WHITE BREAD (2 EA)<br>WHITE MILK 1% (8OZ) | FISH (3OZ), TARTAR SAUCE (1OZ)<br>RICE (1 CUP), OR PASTA (1 CUP)<br>WHEAT BREAD (2 EA)<br>APPLE SAUCE (1/2 CUP)<br>BEVERAGE (8OZ) |
| SATURDAY | ORANGE JUICE (4OZ)<br>BOILED EGGS (2 EA)<br>GRITS (12OZ)<br>WHITE BREAD (2 EA)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | GRILLED CHEESE (3 EA)<br>BBQ BEANS<br>WHITE MILK 1% (8OZ) | RICE (1 CUP)<br>GREEN BEANS (1/2 CUP)<br>WHITE BREAD (2 EA)<br>PUDDING (1/2 CUP)<br>BEVERAGE (8OZ) |

UNIVERSALISM RELIGIOUS DIET MENU

CYCLES (2), AND (4)

# UNIVERSALISM RELIGIOUS DIET MENU PROPOSAL

| DAYS | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| SUNDAY | ORANGE JUICE (4OZ)<br>OATMEAL (12OZ)<br>BREAKFAST PASTRY (1/4B)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | FISH (3OZ), TARTAR SAUCE (1OZ)<br>RICE (1CUP)<br>BLACK EYED PEAS (1/2 CUP)<br>WHITE BREAD (2EA)<br>WHITE MILK 1% (8OZ) | PASTA SHELLS (1CUP)<br>MIXED VEGETABLES (1/2 CUP)<br>WHITE BREAD (2EA)<br>COOKIES (2EA)<br>BEVERAGE (8OZ) |
| MONDAY | ORANGE JUICE (4OZ)<br>BOILED EGGS (2EA)<br>GRITS (12OZ)<br>WHITE BREAD (2EA)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | YANKEE BEAN (9OZ)<br>PEANUT BUTTER AND JELLY (3OZ EA)<br>ELBOW MACARONI SALAD (1CUP)<br>LETTUCE (1/2 CUP)<br>WHITE BREAD (4EA)<br>WHITE MILK 1% (8OZ) | RICE (1CUP), OR PASTA (1CUP)<br>TUNA (3OZ), MAYONAISE (1OZ)<br>WHEAT BREAD (2EA)<br>FRESH FRUIT (1EA)<br>BEVERAGE (8OZ) |
| TUESDAY | ORANGE JUICE (4OZ)<br>WHEAT CEREAL (12OZ)<br>BREAKFAST PASTRY (1/4B)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | GRILLED CHEESE (3EA)<br>VEGETARIAN BEANS (1CUP)<br>WHITE MILK 1% (8OZ) | RICE (1CUP)<br>FISH (3OZ), TARTAR SAUCE (1OZ)<br>DICED CARROTS (1/2 CUP)<br>WHITE BREAD (2EA)<br>COOKIES (2EACH)<br>BEVERAGE (8OZ) |
| WEDNSDAY | ORANGE JUICE (4OZ)<br>BOILED EGGS (2EA)<br>GRITS (12OZ)<br>WHITE BREAD (2EA)<br>WHITE MILK 1% (8OZ)<br>COFFEE (4OZ)<br>SUGAR (4TSP) 4 PACKETS | PEANUT BUTTER AND JELLY (3OZ EA)<br>PASTA SALAD (1CUP)<br>WHITE BREAD (4 EA)<br>WHITE MILK 1% (8OZ) | PASTA SHELLS (1CUP)<br>SPINACH (1/2 CUP)<br>WHITE BREAD (2EA)<br>FRESH FRUIT (1EA)<br>BEVERAGE (8OZ) |
| THURSDAY | ORANGE JUICE (4OZ)<br>OATMEAL (12OZ)<br>BREAKFAST PASTRY (1/4B)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | FISH (3OZ), TARTAR SAUCE (1OZ)<br>RICE (1CUP)<br>WHEAT BREAD (2 SLICES)<br>WHITE MILK 1% (8OZ)<br>CARROTS (1/2 CUP) | EGG NOODLES (1CUP)<br>GREEN BEANS (1/2 CUP)<br>WHITE BREAD (2EA)<br>PUDDING (1/2 CUP)<br>BEVERAGE (8OZ) |
| FRIDAY | ORANGE JUICE (4OZ)<br>WHEAT CEREAL (12OZ)<br>BREAKFAST PASTRY (1/4B)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | TUNA (3OZ), OR PEANUT BUTTER AND JELLY (3OZ EA)<br>POTATO CHIP (1 BAG)<br>3 BEAN SALAD<br>WHITE BREAD (2EA OR 4EA)<br>WHITE MILK 1% (8OZ) | FISH (3OZ), TARTAR SAUCE (1OZ)<br>MACARONI AND CHEESE (1 CUP)<br>COLLARD GREENS (1/2 CUP)<br>WHEAT BREAD (2EA)<br>FRESH FRUIT (1EA)<br>BEVERAGE (8OZ) |
| SATURDAY | ORANGE JUICE (4OZ)<br>BRAN FLAKES (2 PKGS)<br>BREAKFAST PASTRY (1/4B)<br>WHITE MILK 1% (8OZ)<br>COFFEE (8OZ)<br>SUGAR (4TSP) 4 PACKETS | GRILLED CHEESE (3EA)<br>BEAN, RICE, OR PASTA (1CUP)<br>WHITE MILK 1% (8OZ) | RICE (1CUP)<br>PEAS (1/2)<br>TUNA (3OZ), MAYONAISE (1OZ)<br>WHITE BREAD (2EA)<br>PUDDING (1/2 CUP)<br>BEVERAGE (8OZ) |

#X I
EX I



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: N.C.I

Housing unit: 1WEST 124

Date: 11/4/12

Submitted to: MENTAL HEALTH

Request: MY RELIGION HAS DIETARY REQUIREMENTS AND REQUIREMENTS FOR WARDROBE, PRAYER, AND OTHER CEREMONIES. I HAVE BEEN TRYING TO GET ANTHONY BRUNO AND THE ENTIRE NORTHERN CHAIN OF COMMAND TO RECOGNIZE MY RELIGIOUS REQUIREMENTS AND GIVE ME THE SAME TREATMENT THAT THEY GIVE TO OTHER RELIGIONS IN REGARDS TO THEIR RELIGIOUS PRACTICES AND MATERIALS/WARDROBE. I AM BEING DENIED THE RIGHT TO PROPERLY PRACTICE MY RELIGION, THIS HAS BEEN GOING ON FOR ALMOST A YEAR. I AM BEING FORCED TO VIOLATE MY RELIGIOUS LAW AND CONTINUE TO EAT AND PRAY ACCORDING TO THE D.O.C.'S REFUSAL OF MY REQUIREMENTS OR GO THROUGH DAYS OF NOT **EATING** BECAUSE I WILL NOT CONTINUE TO [continue on back if necessary] SIN. CAN YOU PLEASE HELP ME THIS IS CAUSING ME MENTAL AND SPIRITUAL TORTURE.

Previous action taken:

NOV 0 8 2012

continue on back if necessary

Acted on by (print name): Debbie Vaas          Title: LPC

Action taken and/or response:

MET w/ him !!! TODAY

continue on back if necessary

Staff signature: JV          Date: 11.15.12

EX D                    EX. J



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: N.C.I.

Housing unit: 1WEST 124     Date: 11/4/12

Submitted to: DEP. WARDEN MULLIGAN

Request: I AM WRITING IN REGARDS TO MY RELIGIOUS REQUIREMENTS I BELIEVE THAT YOU ARE IN CHARGE OF OPERATIONS AND ISSUES OF SAFETY AND SECURITY (MAYBE IM WRONG), BUT I AM IN DESPERATE NEED OF HELP WITH GETTING THE RELIGIOUS WARDROBE/MATERIALS I AM ASKING FOR, AS I HAVE GIVEN ANTHONY BRUNO, WARDEN MALDONADO, AND DEP WARDEN CYR (AMONGST OTHERS) A BASIC GUIDE AS TO WHAT MY RELIGION IS AND WHAT ARE THE REQUIREMENTS. NO ONE IS HELPING ME AND I AM WRITING TO YOU OUT OF DESPERATION, BECAUSE I CAN NO LONGER CONTINUE TO ALLOW MYSELF TO VIOLATE RELIGIOUS LAWS (GODS WORD), I AM ASKING FOR YOU TO ALLOW ME TO PURCHASE MY RELIGIOUS MATERIALS.

continue on back if necessary

THANK YOU.

Previous action taken:

continue on back if necessary

Acted on by (print name): W MULLIGAN

Title: DW

Action taken and/or response:

YOUR ISSUE WAS RESPONDED TO BY REV BRUNO.

continue on back if necessary

Staff signature: [signature]

Date: 11-8-12

EX.K          EX.K



# STATE OF CONNECTICUT
*DEPARTMENT OF CORRECTION*
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

Date: 11/2/12

Dear Inmate: ASHBY #300529



This is a form letter.

Your recent correspondence is one of many letters that has been received in this office. The date that it was received is stamped on it. It is being held for my personal attention. It will not be read or answered by anyone else. If your business or concern requires immediate attention, please contact your Institutional Religious Facilitator or Unit Manager for assistance.

A copy of your stamped correspondence is attached. (If your correspondence was more than one page in length, a copy of only the first page has been attached.)

I will send a response to your correspondence as soon as possible.

Please do not write again on this subject. That will only contribute to a greater backlog of correspondence, responses to which are only one of the many business items addressed by this office.

Your patience is appreciated.

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

Copy:        Institutional Religious Facilitator  BERNO

Attachment:  First page of inmate's correspondence

*An Equal Opportunity Employer*

Inmate Request Form RECEIVED

Connecticut Department of Correction

NOV 2 2012

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 360529

Facility/Unit: N.C.I.

Housing unit: EAST 22

Date: 10/28/12

Submitted to: FATHER BRUNO / WARDEN MALDONADO

Request: THIS IS IN REGARDS TO MY FREEDOM TO EXERCISE RELIGION, AND THE SUBSTANTIAL BURDENS THE NORTHERN CORRECTIONAL INSTITUTION HAS PUT ME THROUGH BECAUSE OF MY RELIGIOUS EXERCISE. I HAVE BEEN WRITING NUMEROUS REQUESTS SINCE DECEMBER 27TH 2011; JANUARY 11TH 2012; JANUARY 31ST 2012; FEBRUARY 24TH 2012; APRIL 3RD 2012; APRIL 26TH 2012; MAY 12TH 2012; JUNE 3RD 2012; JULY 2ND 2012; AUGUST 18TH 2012; SEPTEMBER 25 2012; THIS HAS BEEN AN ONGOING PROBLEM FOR 10 MONTHS, I WRITE AND RECEIVE NO RESPONSE TO MY REQUESTS. IN EACH REQUEST I EXPLAIN WHAT MY RELIGION IS (UNIVERSALISM) WHAT FOOD I CANNOT EAT (CORN KERNAL, CABBAGE, SOY AND POTATO), WHAT WARDROBE/MATERIALS IS NEEDED TO PRACTICE MY RELIGION. I EVEN WRITE OUT A COVER LETTER, AMEND, AND A BASIC OUTLINE FOR MY RELIGIOUS REQUIREMENTS (WHICH I WILL INCLUDE IN THIS REQUEST) I BELIEVE THAT MY

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

Your request has been Forward to Director of Religious Services Frattier Bruno For review and response.

10.30.12

C/C Father Bruno
E6

continue on back if necessary

Staff signature:

Date:



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT  06109

November 5, 2012

Inmate Lazale Ashby # 300529
Northern C. I.
287 Bilton Road
P. O. Box 665
Somers, CT 06071

Dear Mr. Ashby:

    I am responding to your inmate request that was received in my office on November 2, 2012 and acknowledged that day.

    You <u>claim</u> that you have written several requests since December 27, 2011 but have not received responses.

    The <u>only</u> request that has ever been received in my office from you since December 27, 2011 has actually been several requests that were all <u>forwarded to me</u> in October 2012. I responded to all of them in my letter dated October 17, 2012.

    I am attaching a copy of that letter.

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

Attachment:  Letter dated October 17, 2012.

Copy:      M. Rinaldi, Director of Programs and Treatment
            Warden Maldonado, Northern C. I.
            Deputy Warden Cyr, Northern C. I.
            Chaplain Bernd, Institutional Religious Facilitator, Northern C. I.
            W. Loubier, CFSS3, Northern C. I.

# Inmate Request Form

## Connecticut Department of Correction

RECEIVED

NOV 2 - 2012

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: N.C.I.

Housing unit: EAST 224

Date: 10/28/12

Submitted to: FATHER BRUNO / WARDEN MALDONADO

Request: THIS IS IN REGARDS TO MY FREEDOM TO EXERCISE RELIGION AND
THE SUBSTANTIAL BURDENS THE NORTHERN CORRECTIONAL INSTITUTION HAS PUT ME
THROUGH BECAUSE OF MY RELIGIOUS EXERCISE. I HAVE BEEN WRITING NUMEROUS
REQUESTS SINCE DECEMBER 27TH 2011, JANUARY 11TH 2012, JANUARY 31ST 2012, FEBRUARY 24TH
2012, APRIL 3RD 2012, APRIL 26TH 2012, MAY 12TH 2012, JUNE 3RD 2012, JULY 2ND 2012, AUGUST 18TH 2012,
SEPTEMBER 25 2012. THIS HAS BEEN AN ONGOING PROBLEM FOR 10 MONTHS, I WRITE AND RECEIVE
NO RESPONSE TO MY REQUESTS. IN EACH REQUEST I EXPLAIN WHAT MY RELIGION IS (UNIVERSALISM),
WHAT FOOD I CANNOT EAT (CORN, KIDNEY, CABBAGE, SOY AND POTATO), WHAT WARDROBE / MATERIALS IS NEEDED
TO PRACTICE MY RELIGION. I EVEN WRITE OUT A COVER LETTER, A MENU, AND A BASIC GUIDE FOR
MY RELIGIOUS REQUIREMENTS (WHICH I WILL INCLUDE IN THIS REQUEST) I BELIEVE THAT MY ⌄

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): | Title:

Action taken and/or response:

Your request has been forwarded
to Director of Religious Services
Father Bruno for review and
response.

10.30.12

C: Father Bruno
          file

*continue on back if necessary*

Staff signature: | Date:

EX. M
EX. M



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LAZALE ASHBY

Inmate number: 300529

Facility/Unit: N.C.I.

Housing unit: 1WEST 124

Date: 11/10/12

Submitted to: KITCHEN

Request: I CAN NO LONGER CONTINUE TO EAT THE FOOD ON THE D.O.C. MENU DUE TO MY RELIGIOUS REQUIREMENT. I AM ASKING FOR YOU TO NOT PUT ANY HERBS, CORN, SOYBEAN, OR ANY EDIBLE BYPRODUCT FROM THOSE RESTRICTED FOOD PRODUCTS. IF YOU CAN NOT CHANGE THE MENU AND ADHERE TO MY RELIGIOUS DIETARY REQUIREMENTS I AM ASKING THAT YOU REFRAIN FROM SENDING ME ANY MORE FOOD TRAYS FROM YOUR KITCHEN. THANK YOU
CC. ATTORNEY JUDITH BORMAN.
CC. ACLU
CC. LEO ARNONE, COMMISSIONER.
CC. DZURENDA, DEP. COMMISSIONER.

(REQUEST FOR WRITTEN RESPONSE ON THIS PRISONERS REQUEST FORM)

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

Your request has been forwarded to appropriate individuals

11/14/12

continue on back if necessary



EX.N



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### North District
## Northern Correctional Institution
### 287 Bilton Road
### PO Box 665
### Somers, CT. 06071

**Don Cyr**
**Deputy Warden**

**Phone (860)-763-8622**
**Fax (860)-763-8704**

TO:        Ashby, Lazale #300529

FROM:    Deputy Warden Cyr   *Deputy Warden Cyr*

DATE:    November 8, 2012

SUBJECT:    Religious Requirements

*****************************************************************************

I have received and reviewed your request dated 11/4/12, concerning religious requirements.

The Director of Religious Services, Father Bruno, provided you with a detailed response to your religious inquiries in a correspondence dated 10/17/12.

CC:    File

DW Mulligan

**An Equal Opportunity Employer**

# Administrative Remedy Receipt
## Connecticut Department of Correction

CN 9603
REV 1/1/08

| Facility number: | 141 | Receipt number: | 5773 |
|---|---|---|---|

| Inmate name: | Ashby, LAZale | Inmate number: | 300529 |
|---|---|---|---|

The Admin Remedies Coordinator has received your: ☒ Grievance ☐ Appeal ☐ Property Investigation
and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| Administrative Remedies Coordinator: | CC Blanchard | Date: | 12/4/12 |
|---|---|---|---|

Distribution: original (white) to inmate, copy (yellow) to file

... (WAS FILED IN MY LEVEL ONE GRIEVANCE). THE DENIAL CONTINUES TO FORCE ME TO SIN AND VIOLATE MY GODS LAWS. ALSO THE DENIAL DID NOT ADDRESS MY LEVEL ONE GRIEVANCE IN IT'S ENTIRETY, THE REASON FOR THE DENIAL ONLY ADDRESSES MY RELIGIOUS DIETARY REQUIREMENTS. IN CONCLUSION, THE DENIAL IS A BLATANT INJUSTICE AND EXHIBITS AN EXTREME DISREGARD FOR MY RELIGIOUS BELIEFS AND MY SPIRITUAL, PHYSICAL, AND MENTAL HEALTH.

| Inmate signature: | Lazale Ashby | Date: | 11/28/12 |
|---|---|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 12/10/12 | Disposition: **Denied** | Date of disposition: 12/13/12 |
|---|---|---|

Reasons:

*You are appealing a level one grievance regarding Religious Services. Director Bruno has advised you of the Services offered by A.D. 10.8. Your level 2 appeal is denied.*

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3.

☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | | Date: |
|---|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:





*STATE OF CONNECTICUT*
*Department of Correction*
*Operations Division*
**24 Wolcott Hill Road**
*Wethersfield, CT 06109*

James E. Dzurenda
Deputy Commissioner

November 15, 2012

Lazale Ashby #300529
Northern Correctional Institution
287 Bilton Road, POB 665
Somers, Connecticut 06071

Mr. Ashby:

This letter acknowledges receipt of your correspondence to my office dated November 13, 2012 concerning the allegation that you are being denied a "religious diet".

On September 26, 2012, you advised by my office to follow the policies and procedures delineated by Administrative Directive 9.6, Inmate Administrative Remedies.

You have asserted that you have addressed this concern via the chain of command; however, you have not provided evidence that you have exhausted the facility chain of command to include the District Administrators Office to address and resolve your issues.

If the opportunity arises for you to contact this office in the future, enclose all correspondences/responses and grievances that you have submitted.

Thank you for your cooperation.

Sincerely,

James E. Dzurenda
Deputy Commissioner

JED/das

C:     Father A. Bruno, Director of Religious Services
       A. Quiros, North District Administrator
       E. Maldonado, Warden
       File



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: L. ASHBY

Inmate number: 300559

Facility/Unit: N.C.I

Housing unit: 1W/124

Date: 1/15/13

Submitted to: WARDEN MALDONADO, CYR, MULLIGAN

Request: I'm NO LONGER ACCEPTING ANY FOOD TRAYS PROVIDED BY N.C.I. KITCHEN THAT HAS THE RESTRICTED FOODS ACCORDING TO ~~~~~~~~ MY RELIGIOUS REQUIREMENT. ~~~~~~~~~~~~~~~~~~~

**RECEIVED**

JAN 2 2 2013

N.C.I. WARDEN'S OFFICE

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

~~~~~~~~~~~~~~~~~

## *RESPONSE TO INMAT⸀ ⸀QUEST*

**TO:**   **INMATE NAME:**   **Lazale As⸀**   **⸀0529**   **1 West 124**

 **DATE:**   **January 2⸀**

---

*I have received your request form regarding food trays.   I will forward your request to
Deacon Bernd to review.   Father Bruno has previously responded to you  on October
17, 2012 regarding your diet.   I have attached a copy.*

**Warden Edward Maldonado**

*c:*   **Inmate file**



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT  06109

**RECEIVED**

OCT 1 9 2012

N.C.I. WARDEN'S OFFICE

October 17, 2012

Inmate Lazale Ashby # 300529
Northern C. I.
287 Bilton Road
P. O. Box 665
Somers, CT 06071

Dear Mr. Lazale:

You have sent several requests to a number of individuals, which have been forwarded to me for review and response (Attached).  In these requests, you wrote about diet, fast/feast days and holy garments.

Regarding your menu requests:
- The DOC offers inmates a choice between a Master Menu and a Common Fare Menu.  The Common Fare Menu is a meatless menu that meets all nutritional requirements as determined by a DOC licensed dietician, without the presence of food items forbidden by religious dogma (A. D. 10.8, paragraph 3D).  You may select either one.
- Regarding your request (9/14/12) to participate in the Islamic Eid meal, please contact Chaplain Bernd.  Your religious designation form indicates that you are Islamic ((5/24/05)

Regarding feast or fast days:
- Any inmate can privately and individually observe any religious observance that is meaningful to him.  An inmate can fast as he determines appropriate.  He will receive his next meal in accordance with the standardized institutional meal schedule.  In other words, if the fast is 12 or 24 hours, the inmate will eat his next regularly scheduled meal, in accordance with the standard institutional schedule.  It is the responsibility of the inmate to maintain his own self-discipline and routine for his individual religious fast.

Regarding "holy garments":
- We can find no information regarding the use of any particular "holy garments" for "universalism".

Sincerely,

Rev. Anthony J. Bruno
Director of Religious Services

Attachments: 5

Copy:        M. Rinaldi, Director of Programs and Treatment
             Warden Maldonado, Northern C. I.
             Deputy Warden Cyr, Northern C. I.
             Chaplain Bernd, Institutional Religious Facilitator, Northern C. I.
             W. Loubier, CFSS3, Northern C. I.

*An Equal Opportunity Employer*

EXH B



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: LASHRY

Inmate number: 300529

Facility/Unit: NCI

Housing unit: IW/12Y

Date: 1/15/18

Submitted to: MEDICAL

Request: I AM NO LONGER TAKING ANY FOOD TRAY THAT HAS THE FOOD ITEMS RESTRICTED BY MY RELIGIOUS REQUIREMENTS. I WILL CONTINUE TO REFUSE THE TRAYS UNTIL THE D.O.C. AND IT'S ASSOCIATE ALLOW ME TO PRACTICE MY RELIGION FULLY.

continue on back if necessary

Previous action taken:

JAN 1 7 2013

continue on back if necessary

Acted on by (print name): Annalisa Facey

Title: CPN

Action taken and/or response:

seen 1/17/13

continue on back if necessary

Staff signature:

Date: